## ROANE-BARKER v. SOUTHEASTERN HOSPITAL SUPPLY CORP.

No. 341P90

Case below: 99 N.C.App. 30

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## SOUTH ATLANTIC PRODUCTION CREDIT ASSN. v. GREEN

No. 518P90

Case below: 100 N.C.App. 190

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## SPARKS v. NATIONWIDE MUT. INS. CO.

No. 313P90

Case below: 99 N.C.App. 148

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 January 1991.

## SPROLES v. GREENE

No. 482PA90

Case below: 100 N.C.App. 96

Petitions by plaintiffs (Sproles and Phillips) and defendant (Integon) for discretionary review pursuant to G.S. 7A-31 allowed 10 January 1991.

## STATE v. ABSHER

No. 543PA90

Case below: 100 N.C.App. 453

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 10 January 1991.